## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,

Respondent

v.

REUBEN BROWN,

Petitioner

No. 286 EAL 2015

Petition for Allowance of Appeal from the Order of the Superior Court

## ORDER

**PER CURIAM**

**AND NOW**, this 21st day of September, 2015, the Petition for Allowance of Appeal is **DENIED**.